UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Bryan Bernard</u>

     v.         Case No. 07-cv-327-SM

<u>N.H. Department of Corrections, et al.</u>

O R D E R

  I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated February 26, 2008, no objection having been filed, for the reasons set forth therein.  Plaintiff has alleged Eighth Amendment claims, premised upon the use of excessive force, against defendants Moquin, Shaw, Ash, Cattell and Wrenn.   All other remaining claims are hereby dismissed.

  SO ORDERED.

March   20,  2008          _____
                  Steven J. McAuliffe
                  Chief Judge

cc: Bryan Bernard, pro se